TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00221-CV

Proseed (U.S.A.), Inc., Appellant

v.

Jack W. Robinson and Texas Workforce Commission, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 96-10669A, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal in this cause. The motion is
granted.

 The appeal in this cause is hereby dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Joint Motion

Filed: December 4, 1997

Do Not Publish